DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY JOHN PHIPPS TIARKS, ISAAC D. SZPILZINGER, SAYAN NAVARATNAM, PETER SHERLOCK, SYED NAQVI, PA LLC** a/k/a **PA-MELBOURNE, LLC,** a Delaware limited liability company, and **PARABEL, INC.,** a Delaware corporation,
Appellants,

v.

**REED CLARY, JAMES McCREARY, LAURENT OLIVIER, GARY ALIANELL, DEBORAH WELLS, FREDRIC F. DERWITSCH** and **MITCHELL KRASNY,**
Appellees.

No. 4D17-416

[August 10, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE15-021521 (13).

Adam M. Bird, Ted L. Shinkle, and Lesley-Anne Marks of GrayRobinson, P.A., Melbourne, for appellants.

Leonard S. Feuer of Leonard Feuer, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***